# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STEPHEN BRIAN SCANLON,<br><br>　　　　　　Defendant. | 8:14CR144<br><br>AMENDED PRELIMINARY<br>ORDER OF FORFEITURE |

This matter comes on before the Court upon the United States' Motion to Amend Preliminary Order of Forfeiture (Filing No. 51). The Court finds said Motion should be sustained.

IT IS ORDERED

1. The Court's Preliminary Order of Forfeiture (Filing No. 49) is amended to direct the U. S. Marshals Service to seize $13,500.00, rather than $15,000.00.

2. The balance of the Court's Preliminary Order of Forfeiture remains in full force and effect.

Dated this 16th day of March, 2015

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge